Per Curiam.

(No. 75-CC-186—

Sherman Hospital Association, Claimant, vs. State of Illinois, Department of Public Aid, Respondent.

*Opinion filed May 13, 1975.*

Sherman Hospital Association, Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.